# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD F. McCUE, Inmate #N46136,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-554-DRH |
| | ) |
| **STEVE ALDRIDGE, WILLARD** | ) |
| **ELYEA, and TERRY CALIPER,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

**HERNDON, District Judge:**

Currently pending before the Court is Plaintiff's Motion for U.S. Marshal to Serve Notices on Defendants (Doc. 6). The Court has entered an order (Doc. 9) ordering service on the defendants and referring the case to the Honorable Donald G. Wilkerson, United States Magistrate Judge for disposition. Accordingly, the pending motion (Doc. 6) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:** February 23, 2006.

/s/  David  RHerndon
**DISTRICT JUDGE**