IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD F. McCUE,

    Plaintiff,

v.

STEVEN ALDRIDGE, et al.,

    Defendants.                        Case No. 05-cv-554-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is a Joint Motion to Dismiss (Doc. 71), filed by Plaintiff and defendant Aldridge. Acknowledging this Joint Rule 41(a) Stipulation for Dismissal, and in accord with **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**, the Court hereby **DISMISSES WITH PREJUDICE** this action against defendant Steve Aldridge, D.M.D., only.

    **IT IS SO ORDERED.**

Signed this 11th day of August, 2008.

                                    /s/     David R Herndon
                                **Chief Judge**
                                **United States District Court**