IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD MCCUE,

    Plaintiff,

v.

STEVE ALDRIDGE, WILLARD ELYEA,
and TERRY CALIPER,

    Defendants.                               Case No. 05-cv-554-DRH

## ORDER

**HERNDON, Chief Judge:**

       Before the Court is the Parties' Joint Motion to Dismiss (Doc. 83), requesting Plaintiff's claims be dismissed with prejudice, each party to bear their own fees and costs.[1] The Court hereby finds that for good cause, said Motion should be **GRANTED**. Accordingly, Plaintiff's claims against defendants Elyea and Caliper are hereby **DISMISSED WITH PREJUDICE**, each Party to bear his respective fees and costs. Judgment to enter accordingly.

       **IT IS SO ORDERED**.

       Signed this 22nd day of September, 2008.

                                                  /s/      *David R Herndon*

                                             **Chief Judge**
                                             **United States District Court**

---

[1] Only defendants Elyea and Caliper remain; Plaintiff's claims against defendant Aldridge were voluntarily dismissed with prejudice on August 11, 2008 (*see* Doc. 74).